# EXHIBIT "A"

09/26/2025

| Approved, SCAO | | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|---|

| **STATE OF MICHIGAN** | | | **CASE NUMBER** |
|---|---|---|---|
| 22nd<br>Washtenaw | **JUDICIAL DISTRICT**<br>**JUDICIAL CIRCUIT**<br>**COUNTY** | **SUMMONS** | $^{25}$25-001600-CK    -CK<br>JUDGE JULIA B. OWDZIEJ |

| Court address | Court telephone number |
|---|---|
| 101 E Huron St, Ann Arbor, MI 48104 | (734) 222-3001 |

| Plaintiff's name, address, and telephone number | | Defendant's name, address, and telephone number |
|---|---|---|
| Jose Luis Caballero, as Personal Representative for the<br>Estate of JOse ANtonio Caballero | v | State Farm<br>1 State Farm Plaza,<br>Bloomington, IL 61710 |

| Plaintiff's attorney bar number, address, and telephone number |
|---|
| Linnell & Associates PLLC<br>David Applebaum (P78794)<br>2804 Orchard Lake Rd, Ste 203<br>Keego Harbor, MI 48320 (248) 977-4182 |

Instructions: Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

## Domestic Relations Case

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

## Civil Case

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☐ this court, ☐ _____ Court, where

it was given case number _____ and assigned to Judge _____

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.    **SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint **to file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk |
|---|---|---|
| 9/17/2025 | 12/17/2025 | /s/ Lawrence Kestenbaum |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01  (3/23)  **SUMMONS**                    MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

FILED IN Washtenaw County Trial Court; 9/17/2025 9:13 AM

09/26/2025

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WASHTENAW

Jose Luis Caballero, as Personal Representative
for the Estate of Jose Antonio Caballero,

                                              25-001600-CK

       Plaintiff,                         Case No.: 2025 –        – CK
                                              Hon. JUDGE JULIA B. OWDZIEJ

v

State Farm,

       Defendant.

LINNELL & ASSOCIATES, PLLC
BY: RICHARD D. LINNELL (P59339)
    JAMES RANDALL WITHAM (P79270)
    DAVID H. APPLEBAUM (P78794)
Attorneys for Plaintiff
2804 Orchard Lake Rd., Ste. 203
Keego Harbor, Michigan 48320
Telephone: (248) 977-4182
Email: rlinnell@linnellfirm.com

HEROLD & ASSOCIATES PLC
ANDREW J. HEROLD (P58117)
Attorneys for Plaintiff
4301 Orchard Lake Rd, Ste 180 #B193
West Bloomfield ,Michigan 48323
aheroldlaw@gmail.com

FILED IN Washtenaw County Trial Court; 9/17/2025 9:13 AM

## COMPLAINT

**THERE IS NO OTHER CIVIL ACTION BETWEEN THESE
PARTIES ARISING OUT OF THE SAME TRANSACTION
OR OCCURRENCE AS ALLEGED IN THIS COMPLAINT
PENDING IN THIS COURT, NOR HAS ANY SUCH ACTION
BEEN PREVIOUSLY FILED AND DISMISSED OR
TRANSFERRED AFTER HAVING BEEN ASSIGNED TO A
JUDGE.**

NOW COMES Plaintiff Jose Luis Caballero, as Personal Representative for the Estate of

Jose Antonio Caballero ("Plaintiff"), by and through its attorneys Linnell & Associates, PLLC and

Herold & Associates, PLLC, and for his Complaint states as follows:

### JURISDICTION

1

1.    Plaintiff is a probate estate opened in the County of Washtenaw, State of Michigan.

2.    Defendant State Farm is an insurance company that conducts business in Washtenaw County, Michigan.

3.    Venue is proper in this Court in that one or more parties reside or does business in Washtenaw County, Michigan and/or the real estate at issue is located in Washtenaw County, Michigan.

4.    Jurisdiction is proper in this Court as Plaintiff seeks monetary relief pursuant to MCL 600.1605; MCL 600.605; MCL 600.701; and MCL 600.751.

## GENERAL ALLEGATIONS

5.    Plaintiff was the owner of real property located at 13828 Allen Rd, Clinton, Michigan 49236 (the "Property").

6.    Plaintiff had a homeowners policy with the Defendant which covered a loss to the Property. **(Exhibit 1, Insurance Policy)**.

7.    On or around February, 2023, and during Plaintiff's ownership, a flood occurred at the Property which essentially caused a total loss.

8.    Thereafter, Plaintiff submitted a claim to the Defendant and was assigned claim number 22-50P2-02V

9.    On July 31, 2023, Defendant submitted what appears to be a denial letter of a portion of Plaintiff's claim. **(Exhibit 2, Denial Letter)**.

10.    Specifically, Defendant stated that mold or any type of fungus was excluded under the policy and therefore not covered — however, there was coverage for direct physical loss to the dwelling.

11.    As such, Defendant's letter states "[W]e realize the Caballero family has suffered

2

a financial loss, and regard we are unable to make a payment for **this portion** of their claim."

12. To date, Defendant has refused to pay the portion that is covered under the policy to the Plaintiff, which has a policy coverage of $309,000.00 for the Property, $231,750.00 for personal property, $30,900.00 for other structures and $92,700.00 for loss of use.

## COUNT I – BREACH OF FIDUCIARY DUTY

13. Plaintiff incorporates by reference the preceding paragraphs as though fully restated herein.

14. As stated previously herein, Plaintiff paid the Defendant, and in return, Defendant provided a homeowners insurance policy to cover the Property.

15. Defendant owed a duty via common law and/or a statutory duty to Plaintiff to pay any portion that is covered under the policy.

16. Michigan law provides that a fiduciary owes the duties of loyalty, honesty, due care, and good faith and fair dealing to the principal.

17. Defendant breached their fiduciary duties when they failed to pay the portion covered by the insurance policy.

18. Because of Defendant's breach in refusing to pay the portion covered by the insurance policy, Plaintiff has been damaged in an amount in excess of $25,000.00.

## COUNT II – BREACH OF CONTRACT

19. Plaintiff incorporates by reference the proceeding paragraphs as though fully restated herein.

20. As stated previously herein, Defendant issued an insurance policy to cover the Property in the event of a loss.

21. Defendant breached the insurance policy by failing and/or refusing to cover any

3

09/26/2025

portion of the Property that was covered under the policy.

22.     Plaintiff complied with all material obligations under the insurance policy.

23.     Because of Defendant's breach, Plaintiff has been damaged in an amount in excess

of $25,000.00.

WHEREFORE, Plaintiff respectfully requests this Court enter judgment in its favor against

the Defendant, for any and all compensatory damages ,consequential damages, direct and indirect

damages, and exemplary damages in an amount in excess of $25,000.00, and any other relief this

Court deems equitable and just.

LINNELL & ASSOCIATES, PLLC

Dated: September 16, 2025

/s/     David Applebaum
By:  RICHARD D. LINNELL (P59339)
JAMES RANDALL WITHAM (P79270)
DAVID H. APPLEBAUM (P78794)
Attorneys for Plaintiff

HEROLD & ASSOCIATES, PLLC

/s/ Andrew J. Herold
By: ANDREW J. HEROLD (P58117)
Attorneys for Plaintiff

4